| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):   PLAINTIFF | 562-437-4301<br><br>Ref. No. or File No.<br>204311/MAERSK | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SANTA ANA OFFICE

Short Title of Case:
MAERSK LINE VS SUNDIAL

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 663364 | | | | CV17-131 CJC (JCGx) |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS AND COMPLAINT
CERTIFICATION AS TO INTERESTED PARTIES
CIVIL CASE COVER SHEET
NOTICE OF ASSIGNMENT TO UNITED STATES
DISTRICT JUDGE CORMAC J. CARNEY
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

1. Name and title of person served: SUNDIAL CARGO, INC., BY SERVING THE
   AGENT FOR SERVICE OF PROCESS,
   CHRIS NGUYEN

2. Person with whom left: HA NGUYEN
   CO-OCCUPANT

3. Date and time of delivery: 03/28/17 , 03:09 PM

4. Date mailed by first class mail: 03/29/17

5. Place of service: RESIDENCE 1415 S. CEDAR AVE.
   FULLERTON CA 92833
   BUSINESS:

SUBSTITUTED SERVICE
UPON A DOMESTIC OR FOREIGN CORPORATION OR UPON A PARTNERSHIP OR OTHER
UNINCORPORATED ASSOCIATION WHICH IS SUBJECT TO SUIT UNDER A COMMON
NAME, by delivering a copy of the summons and complaint to an officer,
a managing or general agent, or to any other authorized by appointment
or by law to receive service of process and, if the agent is one auth-
orized by statute to receive service and the statute so requires, by also

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 04/04/17                                                     SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):   PLAINTIFF | 562-437-4301<br><br>Ref. No. or File No.<br><br>204311/MAERSK | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SANTA ANA OFFICE

Short Title of Case:
MAERSK LINE VS SUNDIAL

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 663364 | | | | CV17-131 |

```
mailing a copy to the defendant;  or in a manner consistent with
F.R.Civ.P4(e)(1) (CCP SECTION 415.20).
Executed at SIGNAL HILL, state of CALIFORNIA on 04/04/17
SERVED BY:AMIE MCGOON   FEE FOR SERVICE: $85.09
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [ X ] Independant Contractor
(2) Registration No. 2016242733
(3) County: LOS ANGELES
(4) Expiration: 09/25/18

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 04/04/17                                                                                SIGNATURE